IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ZACHARY LAMBERT,

       Petitioner,

v.

STATE OF FLORIDA,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4366

Opinion filed August 4, 2016.

Petition for Writ of Certiorari – original jurisdiction.

Michael Ufferman, of Michael Ufferman Law Firm, P.A., Tallahassee, for Petitioner.

Pamela Jo Bondi, Attorney General, Trisha Meggs Pate, Bureau Chief, Criminal Appeals, Michael McDermott, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      Petitioner's Petition for Writ of Certiorari is denied on the merits.

B.L. THOMAS, WINOKUR, and JAY, JJ., CONCUR.